**Exhibit E: U.S. Patent No. 7,453,856**

**Claim 14**

| Claim | Identification |
|---|---|
| 14[**pre**]: A communications method, comprising: | To the extent the preamble is limiting, the Accused Products perform a communications method. *See, for example*:<br><br>For example, the Accused Products perform a method of receiving signals using carrier sense multiple access (CSMA) and downlink multiuser-multiple input/multiple output (DL MU-MIMO) or single user MIMO.<br><br>As one example, TCL Tablet (TCL TAB 8) connecting to a Wi-Fi access Point in STA mode broadcasts its HT/VHT capabilities in Association request indicating support for DL MU-MIMO:<br><br><br><br>Source: Internal Wireshark testing<br><br>As another example, TCL TV (43V6C) connecting to a Wi-Fi access Point in STA mode broadcasts its HT/VHT capabilities in an Association request indicating support for DL MU-MIMO: |

| Claim | Identification |
|---|---|
| | <br><br>Source: Internal Wireshark testing |
| 14[**a**] receiving over a communications channel a signal containing signals corresponding to multiple user data units each having an associated multiple access technique, where each multiple access technique includes a first part that defines how each of multiple user data units is processed into discrete samples and a second part that defines how processed samples corresponding to each of multiple user data | The Accused Products receive over a communications channel a signal containing signals corresponding to multiple user data units each having an associated multiple access technique, where each multiple access technique includes a first part that defines how each of multiple user data units is processed into discrete samples and a second part that defines how processed samples corresponding to each of multiple user data units is allocated in a time-frequency plane. *See, for example*:<br><br>**9.3 DCF**<br><br>**9.3.1 General**<br><br>The basic medium access protocol is a DCF that allows for automatic medium sharing between compatible PHYs through the use of CSMA/CA and a random backoff time following a busy medium condition. In addition, all individually addressed traffic uses immediate positive acknowledgment (ACK frame) where retransmission is scheduled by the sender if no ACK is received.<br><br>The CSMA/CA protocol is designed to reduce the collision probability between multiple STAs accessing a medium, at the point where collisions would most likely occur. Just after the medium becomes idle following a busy medium (as indicated by the CS function) is when the highest probability of a collision exists. This is because multiple STAs could have been waiting for the medium to become available again. This is the situation that necessitates a random backoff procedure to resolve medium contention conflicts. |

| Claim | Identification |
|---|---|
| units is allocated in a time-frequency plane; | **3.1 Definitions**<br><br>**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.<br><br>**space-time streams:** Streams of modulation symbols created by applying a combination of spatial and temporal processing to one or more spatial streams of modulation symbols.<br><br>**spatial multiplexing (SM):** A transmission technique in which data streams are transmitted on multiple spatial channels that are provided through the use of multiple antennas at the transmitter and the receiver.<br><br>**spatial stream:** One of several streams of bits or modulation symbols that might be transmitted over multiple spatial dimensions that are created by the use of multiple antennas at both ends of a communications link.<br><br>**3.2 Definitions specific to IEEE Std 802.11**<br><br>**downlink multi-user multiple input, multiple output (DL-MU-MIMO):** A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams.<br><br>**multi-user (MU) physical layer (PHY) protocol data unit (PPDU):** A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique.<br><br>multiple data units (e.g., L-SIG and Data)<br><br>8 µs \| 8 µs \| 4 µs \| 8 µs \| 4 µs \| 4 µs per VHT-LTF symbol \| 4 µs<br><br>L-STF \| L-LTF \| L-SIG \| VHT-SIG-A \| VHT-STF \| VHT-LTF \| VHT-SIG-B \| Data<br><br>**Figure 22-4—VHT PPDU format** |

| Claim | Identification |
|---|---|



Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields

Figure 22-10—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with BCC encoding

| Claim | Identification |
|---|---|
| | |

Figure 22-4—VHT PPDU format

The signal transmitted on frequency segment $i_{Seg}$ of transmit chain $i_{TX}$ shall be as shown in Equation (22-12).

$$r_{\text{PPDU}}^{(i_{Seg}, i_{TX})}(t) = r_{\text{L-STF}}^{(i_{Seg}, i_{TX})}(t) + r_{\text{L-LTF}}^{(i_{Seg}, i_{TX})}(t - t_{\text{L-LTF}})$$
$$+ r_{\text{L-SIG}}^{(i_{Seg}, i_{TX})}(t - t_{\text{L-SIG}}) + r_{\text{VHT-SIG-A}}^{(i_{Seg}, i_{TX})}(t - t_{\text{VHT-SIG-A}})$$
$$+ r_{\text{VHT-STF}}^{(i_{Seg}, i_{TX})}(t - t_{\text{VHT-STF}}) + r_{\text{VHT-LTF}}^{(i_{Seg}, i_{TX})}(t - t_{\text{VHT-LTF}})$$
$$+ r_{\text{VHT-SIG-B}}^{(i_{Seg}, i_{TX})}(t - t_{\text{VHT-SIG-B}}) + r_{\text{VHT-Data}}^{(i_{Seg}, i_{TX})}(t - t_{\text{VHT-Data}}) \qquad (22\text{-}12)$$

multiple data units (e.g., L-SIG and Data)

each having an associated multiple access technique (e.g., L-SIG having CSMA as its associated multiple access technique; Data having CSMA+SU-MIMO/MU-MIMO as its associated multiple access technique)

L-SIG

Receiving is in principle the inverse of transmitting.

Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields

Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards.

| Claim | Identification |
|---|---|
| 14[**b**] determining a discrete signal block assignment of the multiple access technique associated with each user data unit; | The Accused Products determine a discrete signal block assignment of the multiple access technique associated with each user data unit. *See, for example*:<br><br><br><br>**Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields**<br><br><br><br>**Figure 22-10—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with BCC encoding**<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards. |

| Claim | Identification |
|---|---|
| 14[c] according to the determined discrete signal block assignment, extracting from the received signal a segment containing the signals corresponding to one or more desired user data units; | The Accused Products extract from the received signal a segment containing the signals corresponding to one or more desired user data units according to the determined discrete signal block assignment. *See, for example*:<br><br><br><br>Figure 22-12—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT MU PPDU<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards. |
| 14[d] sampling the extracted segment to produce a sequence of discrete samples; | The Accused Products sample the extracted segment to produce a sequence of discrete samples. *See, for example*: |

| Claim | Identification |
|---|---|
| | The signal transmitted on frequency segment $i_{Seg}$ of transmit chain $i_{TX}$ shall be as shown in Equation (22-12). $$r_{PPDU}^{(i_{Seg}, i_{TX})}(t) = r_{L\text{-}STF}^{(i_{Seg}, i_{TX})}(t) + r_{L\text{-}LTF}^{(i_{Seg}, i_{TX})}(t - t_{L\text{-}LTF})$$ $$+ r_{L\text{-}SIG}^{(i_{Seg}, i_{TX})}(t - t_{L\text{-}SIG}) + r_{VHT\text{-}SIG\text{-}A}^{(i_{Seg}, i_{TX})}(t - t_{VHT\text{-}SIG\text{-}A})$$ $$+ r_{VHT\text{-}STF}^{(i_{Seg}, i_{TX})}(t - t_{VHT\text{-}STF}) + r_{VHT\text{-}LTF}^{(i_{Seg}, i_{TX})}(t - t_{VHT\text{-}LTF})$$ $$+ r_{VHT\text{-}SIG\text{-}B}^{(i_{Seg}, i_{TX})}(t - t_{VHT\text{-}SIG\text{-}B}) + r_{VHT\text{-}Data}^{(i_{Seg}, i_{TX})}(t - t_{VHT\text{-}Data}) \qquad (22\text{-}12)$$ $$r_{VHT\text{-}Data}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{VHT\text{-}Data}^{Tone} N_{STS,\,total}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM}) \qquad (22\text{-}95)$$ $$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{u=0}^{N_{user}-1} \sum_{m=1}^{N_{STS,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX},(M_u+m)} \Upsilon_{k,\,BW} (\tilde{D}_{k,m,n,BW}^{(i_{Seg},u)} + p_{n+4} P_n^k) \right.$$ $$\left. \cdot \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI,\,Data} - T_{CS,VHT}(M_u+m))) \right)$$ transmitted signal / sequence of discrete samples **Figure 22-10—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with BCC encoding** |

| Claim | Identification |
|---|---|
| | <br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards |
| 14[e] if necessary, transforming the discrete samples into frequency domain samples; | The Accused Products transform the discrete samples into frequency domain samples. *See, for example*: |

| Claim | Identification |
|---|---|
| |  |

| Claim | Identification |
|---|---|
| |   Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards. |
| 14[**f**] extracting from discrete samples in the frequency domain a sample subset containing the discrete samples corresponding to each desired user data unit according to the discrete signal block assignment of the multiple access technique associated with each desired user data unit; | The Accused Products extract from discrete samples in the frequency domain a sample subset containing the discrete samples corresponding to each desired user data unit according to the discrete signal block assignment of the multiple access technique associated with each desired user data unit. *See, for example*: |

| Claim | Identification |
|---|---|
|  |  |

| Claim | Identification |
|---|---|
| | <br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2016 and later standards. |
| 14[g] determining the first part of the multiple access technique associated with each user data unit; and | The Accused Products determine the first part of the multiple access technique associated with each user data unit. *See, for example*: |

| Claim | Identification |
|---|---|
|  | Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards. |
| 14[**h**] processing the samples associated with each user data unit according to the associated multiple access technique to permit user data corresponding to each user data unit to be extracted. | The Accused Products process the samples associated with each user data unit according to the associated multiple access technique to permit user data corresponding to each user data unit to be extracted. *See, for example*: Figure 22-10—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with BCC encoding<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2016 and later standards. |

Page 14 of 14