**Exhibit F: U.S. Patent No. 7,747,934**

**Claims 1, 2, 3, and 4**

| Claims | Identification |
|---|---|
| 1[**pre**]:  A method for selecting a low-density parity-check (LDPC) code used for encoding variable sized data, the method comprising the steps of: | To the extent the preamble is limiting, the Accused Products perform a method for selecting a low-density parity-check (LDPC) code used for encoding variable sized data. *See, for example*:<br><br>For example, the Accused products implement LDPC, including receiving data encoded using LDPC (*e.g.*, LDPC Rx) and transmitting LDPC encoded data (*e.g.*, LDPC Tx).  Transmitting LDPC encoded data involves encoding data using LDPC.<br><br>As one example, TCL TV (43V6C) connecting to a Wi-Fi access Point in STA mode broadcasts its HT/VHT capabilities indicating LDPC support in an Association request:<br><br><br><br>Source: Internal Wireshark testing<br><br>As another example, TCL TV (43V6C) connecting to a Wi-Fi access Point in STA mode broadcasts its HT capabilities indicating LDPC support in an Association request: |

| Claims | Identification |
|---|---|
|  | <br><br>Source: Internal Wireshark testing<br><br>As exemplified above, the Accused Products support transmitting data packets using LDPC which requires encoding the data using LDPC.<br><br>### 4.3.13 High-throughput (HT) STA<br><br>An HT STA has PHY features consisting of the modulation and coding scheme (MCS) set described in 19.3.5 and physical layer (PHY) protocol data unit (PPDU) formats described in 19.1.4. Some PHY features that distinguish an HT STA from a non-HT STA are referred to as *multiple input, multiple output (MIMO)* operation; spatial multiplexing (SM); spatial mapping (including transmit beamforming); space-time block coding (STBC); low-density parity check (LDPC) encoding; and antenna selection (ASEL). The allowed PPDU formats are non-HT format, HT-mixed format, and HT-greenfield format (see 19.1.4). The PPDUs can be transmitted with 20 MHz bandwidth and might be transmitted with 40 MHz bandwidth. |

| Claims | Identification |
|---|---|
| | ## 19.3.3 Transmitter block diagram<br><br>c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder.<br><br>**19.3.11.7.2 LDPC coding rates and codeword block lengths**<br><br>The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.<br><br>**Table 19-15—LDPC parameters**<br><br>See table below.<br><br>**19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1,..., i_{(k-1)})$, of size $k$, into a codeword, $c$, of size $n$, $c=(i_0, i_1,... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $H \times c^T = 0$, where $H$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length $(n)$ is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>Source: 802.11(2020).<br><br>## 21. Very high throughput (VHT) PHY specification<br><br>**21.1 Introduction**<br><br>**21.1.1 Introduction to the VHT PHY**<br><br>Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.<br><br>In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.<br><br>The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY<br><br>**21.3.10.5.4 LDPC coding**<br><br>For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).<br><br>$$N_{pld} = N_{SYM,init}N_{DBPS} \qquad (21\text{-}61)$$<br><br>Source: 802.11(2020). |

Table 19-15—LDPC parameters:

| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |
|---|---|---|
| 1/2 | 972 | 1944 |
| 1/2 | 648 | 1296 |
| 1/2 | 324 | 648 |
| 2/3 | 1296 | 1944 |
| 2/3 | 864 | 1296 |
| 2/3 | 432 | 648 |
| 3/4 | 1458 | 1944 |
| 3/4 | 972 | 1296 |
| 3/4 | 486 | 648 |
| 5/6 | 1620 | 1944 |
| 5/6 | 1080 | 1296 |
| 5/6 | 540 | 648 |

| Claims | Identification |
|---|---|
| 1[**a**] providing a plurality of LDPC codes of different codeword lengths and code rates; | The Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates. *See, for example*:<br><br>The Accused Products implement LDPC. *See* claim 1[pre]. The Accused Products' implementation of LDPC indicates that the Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates as provided by the 802.11(2020) specification.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>a)  Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>$$N_{pld} = length \times 8 + 16 \qquad (19\text{-}35)$$<br><br>$$N_{avbits} = N_{CBPS} \times m_{STBC} \times \left\lceil \frac{N_{pld}}{N_{CBPS} \times R \times m_{STBC}} \right\rceil \qquad (19\text{-}36)$$<br><br>where<br><br>$m_{STBC}$    is 2 if STBC is used and 1 otherwise<br>$length$    is the value of the HT Length field in the HT-SIG field defined in Table 19-11<br>$N_{pld}$    is the number of bits in the PSDU and SERVICE field<br><br>b)  Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>**Table 19-16—PPDU encoding parameters**<br><br>| Range of $N_{avbits}$ (bits) | Number of LDPC codewords ($N_{CW}$) | LDPC codeword length $L_{LDPC}$ (bits) |<br>|---|---|---|<br>| $N_{avbits} \leq 648$ | 1 | 1296, if $N_{avbits} \geq N_{pld} + 912 \times (1\text{-}R)$<br>648, otherwise |<br>| $648 < N_{avbits} \leq 1296$ | 1 | 1944, if $N_{avbits} \geq N_{pld} + 1464 \times (1\text{-}R)$<br>1296, otherwise |<br>| $1296 < N_{avbits} \leq 1944$ | 1 | 1944 |<br>| $1944 < N_{avbits} \leq 2592$ | 2 | 1944, if $N_{avbits} \geq N_{pld} + 2916 \times (1\text{-}R)$<br>1296, otherwise |<br>| $2592 < N_{avbits}$ | $\left\lceil \dfrac{N_{pld}}{1944 \cdot R} \right\rceil$ | 1944 | |

| Claims | Identification |
|---|---|
| | **19.3.11.7.2 LDPC coding rates and codeword block lengths**<br><br>The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.<br><br>**Table 19-15—LDPC parameters**<br><br>| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |<br>|---|---|---|<br>| 1/2 | 972 | 1944 |<br>| 1/2 | 648 | 1296 |<br>| 1/2 | 324 | 648 |<br>| 2/3 | 1296 | 1944 |<br>| 2/3 | 864 | 1296 |<br>| 2/3 | 432 | 648 |<br>| 3/4 | 1458 | 1944 |<br>| 3/4 | 972 | 1296 |<br>| 3/4 | 486 | 648 |<br>| 5/6 | 1620 | 1944 |<br>| 5/6 | 1080 | 1296 |<br>| 5/6 | 540 | 648 |<br><br>**19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, $\mathbf{c}$, of size $n$, $\mathbf{c}=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n–k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n–k) \times n$ parity-check matrix. The selection of the codeword block length $(n)$ is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 1[**b**] calculating a number of shortening N$_{shortened}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of shortening N$_{shortened}$ bits for each of the plurality of LDPC codes. *See, for example*:<br><br>The Accused Products implement LDPC. *See* claim 1[pre]. The Accused Products' implementation of LDPC indicates that they calculate a number of shortening N$_{shortened}$ bits for each of the plurality of LDPC codes as provided by the 802.11(2020) specification.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>c) Compute the number of shortening bits, $N_{shrt}$, to be padded to the $N_{pld}$ data bits before encoding, as shown in Equation (19-37).<br><br>$$N_{shrt} = \max(0, (N_{CW} \times L_{LDPC} \times R) - N_{pld}) \qquad (19\text{-}37)$$<br><br>When $N_{shrt} = 0$, shortening is not performed. (Note that $N_{shrt}$ is inherently restricted to be non-negative due to the codeword length and count selection of 19-16). When $N_{shrt} > 0$, shortening bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{shrt} \bmod N_{CW}$ codewords shortened 1 bit more than the remaining codewords.<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$ |

| Claims | Identification |
|---|---|
| | Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 1[c] calculating a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes. *See, for example*:<br><br>The Accused Products implement LDPC. *See* claim 1[pre]. The Accused Products implementation of LDPC indicates that they calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes as provided by the 802.11(2020) specification.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>d)  Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords.<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 1[d] providing a performance criterion; | The Accused Products provide a performance criterion. *See, for example*:<br><br>The Accused Products implement LDPC. *See* claim 1[pre]. The Accused Products' implementation of LDPC indicates that they provide a performance criterion as provided by the 802.11(2020) specification.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>d)  Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1 - R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1 - R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks-- |

| Claims | Identification |
|---|---|
| | Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 1[e] determining, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion; and | The Accused Products determine, in a computer processor (such as a WiFi chip contained therein), a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion. *See, for example*:<br><br>The Accused Products implement LDPC. *See* claim 1[pre]. Based on the Accused Products' implementation of LDPC, the Accused Products determine, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion as provided by the 802.11(2020) specification.<br><br>For example, when an initial transmission fails due to poor channel conditions, rate adaptation selects a different code and consequently a different codeword length to encode the same data packet for retransmission. Table 19-16 defines the available codes across coding rates from which the rate adaptation process selects. The initial failed transmission and the subsequent rate-adapted retransmission transmit the same data packet.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND } \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 1[f] encoding data using the selected LDPC code. | The Accused Products encode data using the selected LDPC code. *See, for example*:<br><br>The Accused Products implement LDPC. *See* claim 1[pre]. The Accused Products' implementation of LDPC indicates that they encode data using the selected LDPC code as provided by the 802.11(2020) specification. |

| Claims | Identification |
|---|---|
|  | |

### 19.3.11.7.5 LDPC PPDU encoding process

To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:

a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.

$$N_{pld} = length \times 8 + 16 \qquad (19\text{-}35)$$

$$N_{avbits} = N_{CBPS} \times m_{STBC} \times \left\lceil \frac{N_{pld}}{N_{CBPS} \times R \times m_{STBC}} \right\rceil \qquad (19\text{-}36)$$

where

$m_{STBC}$ is 2 if STBC is used and 1 otherwise
$length$ is the value of the HT Length field in the HT-SIG field defined in Table 19-11
$N_{pld}$ is the number of bits in the PSDU and SERVICE field

b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.

### 19.3.3 Transmitter block diagram

c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder.

## I.2 Generating encoded DATA bits—LDPC example 1
### I.2.1 General
LDPC example 1 is similar to the BCC example. This example illustrates LDPC shortening, encoding, and puncturing of a single codeword.
Input TXVECTOR parameters for LDPC example 1:
— FEC_CODING = LDPC_CODING = 1 (LDPC encoder; not BCC)
— CH_BANDWIDTH = HT_CBW20 = 0 (CH_BANDWIDTH = 0 => 20 MHz)
— MCS = 4 (MCS = 4; 16-QAM; Coding rate = 3/4)
— Coding rate R = 3/4
— LENGTH = 100 octets (with 16-bit SERVICE field becomes 102 Octets =
816 bits to scramble and encode)
— STBC = 0 (STBC = 0 => OFF; m_STBC=1)

### 19.3.11.7.5 LDPC PPDU encoding process

f) For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.

Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword

| Claims | Identification |
|---|---|
| | Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 2. The method according to claim 1 further comprising the steps of: providing a plurality of performance criteria; and determining a subsequent subset when each of the plurality of performance criteria is applied to the subsets of LDPC codes meeting previous criteria. | The Accused Products perform the method of claim 1, further providing a plurality of performance criteria and determining a subsequent subset when each of the plurality of performance criteria is applied to the subsets of LDPC codes meeting previous criteria. *See, for example*:<br><br>**19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, $c$, of size $n$, $c=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $H \times c^T = 0$, where $H$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length $(n)$ is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>**19.3.11.7.5 LDPC PPDU encoding process** (Continued)<br><br>f) For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br><br>g) Aggregate all codewords and parse as defined in 19.3.11.7.6. |

| Claims | Identification |
|---|---|
| | The rate-dependent parameters for mandatory 20 MHz, $N_{SS} = 1$ MCSs with $N_{ES} = 1$ shall be as shown in Table 19-27. |

**Table 19-27—MCS parameters for mandatory 20 MHz, $N_{SS} = 1$, $N_{ES} = 1$**

| MCS Index | Modulation | $R$ | $N_{BPSCS}(i_{SS})$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) 800 ns GI | Data rate (Mb/s) 400 ns GI (see NOTE) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | BPSK | 1/2 | 1 | 52 | 4 | 52 | 26 | 6.5 | 7.2 |
| 1 | QPSK | 1/2 | 2 | 52 | 4 | 104 | 52 | 13.0 | 14.4 |
| 2 | QPSK | 3/4 | 2 | 52 | 4 | 104 | 78 | 19.5 | 21.7 |
| 3 | 16-QAM | 1/2 | 4 | 52 | 4 | 208 | 104 | 26.0 | 28.9 |
| 4 | 16-QAM | 3/4 | 4 | 52 | 4 | 208 | 156 | 39.0 | 43.3 |
| 5 | 64-QAM | 2/3 | 6 | 52 | 4 | 312 | 208 | 52.0 | 57.8 |
| 6 | 64-QAM | 3/4 | 6 | 52 | 4 | 312 | 234 | 58.5 | 65.0 |
| 7 | 64-QAM | 5/6 | 6 | 52 | 4 | 312 | 260 | 65.0 | 72.2 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

| Claims | Identification |
|---|---|
| | Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |
| 3. The method according to claim 1, wherein the performance criterion is selected from the group consisting of a range of effective coding rates, a range of basic coding rates, a range of numbers of transmission symbols, a range of $N_{punctured}$, a range of $N_{shortened}$, a range of parity bits in LDPC codewords, a range for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. | The Accused Products perform the method of claim 1, wherein the performance criterion is selected from the group consisting of a range of effective coding rates, a range of basic coding rates, a range of numbers of transmission symbols, a range of $N_{punctured}$, a range of $N_{shortened}$, a range of parity bits in LDPC codewords, a range for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. *See, for example*: |

**19.3.11.7.2 LDPC coding rates and codeword block lengths**

The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.

**Table 19-15—LDPC parameters**

| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |
|---|---|---|
| 1/2 | 972 | 1944 |
| 1/2 | 648 | 1296 |
| 1/2 | 324 | 648 |
| 2/3 | 1296 | 1944 |
| 2/3 | 864 | 1296 |
| 2/3 | 432 | 648 |
| 3/4 | 1458 | 1944 |
| 3/4 | 972 | 1296 |
| 3/4 | 486 | 648 |
| 5/6 | 1620 | 1944 |
| 5/6 | 1080 | 1296 |
| 5/6 | 540 | 648 |

**19.3.11.7.3 LDPC encoder**

For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, **c**, of size $n$, $\mathbf{c}=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where **H** is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R))\ \text{AND}\left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>f) For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br><br>g) Aggregate all codewords and parse as defined in 19.3.11.7.6.<br><br>**19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, $\mathbf{c}$, of size $n$, $\mathbf{c}=(i_0, i_1, ...\ i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length $(n)$ is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>e) Compute the number of coded bits to be repeated, $N_{rep}$, as shown in Equation (19-42).<br><br>$$N_{rep} = \max(0, N_{avbits} - N_{CW} \times L_{LDPC} \times (1-R) - N_{pld}) \qquad (19\text{-}42)$$<br><br>The number of coded bits to be repeated shall be equally distributed over all $N_{CW}$ codewords with one more bit repeated for the first $N_{rep} \bmod N_{CW}$ codewords than for the remaining codewords.<br><br>The coded bits to be repeated for any codeword shall be copied only from that codeword itself, starting from information bit $i_0$ and continuing sequentially through the information bits and, when necessary, into the parity bits, until the required number of repeated bits is obtained for that codeword. Note that these repeated bits are copied from the codeword after the shortening bits have been removed. If for a codeword the required number of repeated bits are not obtained in this manner (i.e., repeating the codeword once), the procedure is repeated until the required number is achieved. These repeated bits are then concatenated to the codeword after the parity bits in their same order. This process is illustrated in Figure 19-13. In this figure, the outlined arrows indicate the encoding procedure steps, while the solid arrows indicate the direction of puncturing and padding with repeated bits.<br><br><br>Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 |

| Claims | Identification |
|---|---|
| 4. The method according to claim 1, wherein the performance criterion is selected from the group consisting of a minimum effective coding rate, a minimum basic coding rate, a minimum number of transmission symbols, a minimum for $N_{punctured}$, a maximum for $N_{shortened}$, a maximum number of parity bits in LDPC codewords, a maximum for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. | The Accused Products perform the method of claim 1, wherein the performance criterion is selected from the group consisting of a minimum effective coding rate, a minimum basic coding rate, a minimum number of transmission symbols, a minimum for $N_{punctured}$, a maximum for $N_{shortened}$, a maximum number of parity bits in LDPC codewords, a maximum for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. *See, for example*: |

**Table 19-7—Frequently used parameters**

| Symbol | Explanation |
|---|---|
| $N_{CBPS}$ | Number of coded bits per symbol |
| $N_{CBPSS}(i)$ | Number of coded bits per symbol per the $i$-th spatial stream |
| $N_{DBPS}$ | Number of data bits per symbol |
| $N_{BPSC}$ | Number of coded bits per single carrier |
| $N_{BPSCS}(i)$ | Number of coded bits per single carrier for spatial stream $i$ |
| $N_{RX}$ | Number of receive chains |
| $N_{STS}$ | Number of space-time streams |
| $N_{SS}$ | Number of spatial streams |
| $N_{ESS}$ | Number of extension spatial streams |
| $N_{TX}$ | Number of transmit chains |

**Table 17-5—Timing-related parameters**

| Parameter | Value (20 MHz channel spacing) | Value (10 MHz channel spacing) | Value (5 MHz channel spacing) |
|---|---|---|---|
| $N_{SD}$: Number of data subcarriers | 48 | 48 | 48 |
| $N_{SP}$: Number of pilot subcarriers | 4 | 4 | 4 |
| $N_{ST}$: Number of subcarriers, total | $52 (N_{SD} + N_{SP})$ | $52 (N_{SD} + N_{SP})$ | $52 (N_{SD} + N_{SP})$ |

**19.3.11.7.5 LDPC PPDU encoding process**

To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:

a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.

b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.

d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt})\qquad(19\text{-}38)$$

If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if

$(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:

$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC}\qquad(19\text{-}39)$$

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt})\qquad(19\text{-}40)$$

f) For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.

g) Aggregate all codewords and parse as defined in 19.3.11.7.6.

Page 12 of 13

| Claims | Identification |
|---|---|
| | **19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, $c$, of size $n$, $c=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = 0$, where $\mathbf{H}$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length $(n)$ is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>e)  Compute the number of coded bits to be repeated, $N_{rep}$, as shown in Equation (19-42).<br><br>$$N_{rep} = \max(0, N_{avbits} - N_{CW} \times L_{LDPC} \times (1-R) - N_{pld}) \qquad (19\text{-}42)$$<br><br>The number of coded bits to be repeated shall be equally distributed over all $N_{CW}$ codewords with one more bit repeated for the first $N_{rep}$ mod $N_{CW}$ codewords than for the remaining codewords.<br><br>The coded bits to be repeated for any codeword shall be copied only from that codeword itself, starting from information bit $i_0$ and continuing sequentially through the information bits and, when necessary, into the parity bits, until the required number of repeated bits is obtained for that codeword. Note that these repeated bits are copied from the codeword after the shortening bits have been removed. If for a codeword the required number of repeated bits are not obtained in this manner (i.e., repeating the codeword once), the procedure is repeated until the required number is achieved. These repeated bits are then concatenated to the codeword after the parity bits in their same order. This process is illustrated in Figure 19-13. In this figure, the outlined arrows indicate the encoding procedure steps, while the solid arrows indicate the direction of puncturing and padding with repeated bits.<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, in IEEE Std 802.11-2020 (Revision of IEEE Std 802.11-2016), 26 Feb. 2021 |