**Exhibit G: U.S. Patent No. 10,778,989**

## Claim 1

| Claim | Identification |
|---|---|
| 1[**pre**] A method of decoding an image in a video or image decoder from a bitstream, the method comprising: | To the extent the preamble is limiting, the Accused Products perform the claimed method of decoding an image in a video or image decoder from a bitstream.  For example, the Accused Products (such as TCL TVs supporting Android/Google TV) use an AV1 video codec. AV1 Bitstream & Decoding Process Specification sets out methods that must be implemented by any compliant decoder. *See, for example*:<br><br><br><br>Google Requires AV1 Support for Android TV – What About Chromecast? Last year, Google began requiring AV1 support for new Android TV and Google TV devices, something that spilled over into a public dispute with Roku and the YouTube app. That has seemingly been resolved, but many were quick to point out that Google's own Chromecast devices did not yet support AV1. It seemed logical that their next generation would indeed support AV1 and Google has now announced a new Chromecast that does indeed have AV1 decode support. The only catch is that it's a "budget-friendly" model that is capped at 1080p60, so it's already behind similar sticks from Amazon and Roku that support 4K. Hopefully there is still a 4K model coming, maybe one that will support Google's new HDR format?<br><br>https://gtc.pt/mais/blog/the-state-of-av1-playback-support-2022/<br><br>**AV1 Bitstream & Decoding Process Specification**<br>*Last modified: 2019-01-08 11:48 PT*<br><br>**1. Scope**<br>This document specifies the Alliance for Open Media AV1 bitstream formats and decoding process.<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |

| Claim | Identification |
|---|---|
| 1[a] decoding a mode from the bitstream for a current block, the current block having a plurality of neighboring reference samples from an adjacent block, wherein the mode is associated with a prediction function; | The Accused Products decode a mode from the bitstream for a current block, the current block having a plurality of neighboring reference samples from an adjacent block, wherein the mode is associated with a prediction function.  In AV1, syntax elements are read from the bitstream to control the decoding process which indicate the prediction mode and the associated prediction function. For example, FILTER_V_PRED mode can be used to predict pixel values. The adjacent block is indicated by "y-1" or "x+1". *See, for example*: |

### 2. Terms and definitions

For the purposes of this document, the following terms and definitions apply:

**Mode info**
Syntax elements sent for a block containing an indication of how a block is to be predicted during the decoding process.

### 6.10.23. Filter intra mode info semantics

**use_filter_intra** is a bit specifying whether or not intra filtering can be used.

**filter_intra_mode** specifies the type of intra filtering, and can take on any of the following values:

| filter_intra_mode | Name of filter_intra_mode |
|---|---|
| 0 | FILTER_DC_PRED |
| 1 | FILTER_V_PRED |
| 2 | FILTER_H_PRED |
| 3 | FILTER_D157_PRED |
| 4 | FILTER_PAETH_PRED |

### 7.11.2. Intra prediction process

### 7.11.2.1. General

The intra prediction process is invoked for intra coded blocks to predict a part of the block corresponding to a transform block. When the transform size is smaller than the block size, this process can be invoked multiple times within a single block for the same plane, and the invocations are in raster order within the block.

- Otherwise, the following applies:

  - The variable aboveLimit is set equal to Min( maxX, x + ( haveAboveRight ? 2 * w : w ) - 1 )

  - AboveRow[ i ] is set equal to CurrFrame[ plane ][ y-1 ][ Min(aboveLimit, x+i) ].

The process makes use of the already reconstructed samples in the current frame CurrFrame to form a prediction for the current block.

https://aomediacodec.github.io/av1-spec/av1-spec.pdf

| Claim | Identification |
|---|---|
| 1[**b**] selecting a template from among a plurality of templates based on a traversing order, wherein the template specifies relative locations of three or more nearby pixels to be used as inputs to the prediction function for a particular pixel; | The Accused Products select a template from among a plurality of templates based on a traversing order, wherein the template specifies relative locations of three or more nearby pixels to be used as inputs to the prediction function for a particular pixel.  For example, using V_PRED mode as an example, a traversing order of horizontal raster scans within 4x2 blocks and a template using three nearby pixels as inputs is selected from eight templates to predict a particular pixel.  *See, for example*: <br><br>  <br><br> https://aomediacodec.github.io/av1-spec/av1-spec.pdf |

| Claim | Identification |
|---|---|
| 1[c] constructing a predicted block of predicted pixels for the current block, wherein constructing includes selecting the traversing order according to the mode decoded from the bitstream and, in the traversing order; | The Accused Products construct a predicted block of predicted pixels for the current block, wherein constructing includes selecting the traversing order according to the mode decoded from the bitstream and, in the traversing order.  For example, when the V_PRED mode is decoded from the bitstream, the process of section 7.11.2.3 is executed. The process determines the traversing order within the 4x2 blocks. A predicted block is constructed based on the traversing order.  *See, for example*:<br><br>### 7.11.2. Intra prediction process<br>#### 7.11.2.1. General<br>The intra prediction process is invoked for intra coded blocks to predict a part of the block corresponding to a transform block. When the transform size is smaller than the block size, this process can be invoked multiple times within a single block for the same plane, and the invocations are in raster order within the block.<br><br>...<br><br>A 2D array named pred containing the intra predicted samples is constructed as follows:<br><br>• If plane is equal to 0 and use_filter_intra is true, the recursive intra prediction process specified in section 7.11.2.3 is invoked with w and h as inputs, and the output is assigned to pred.<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf<br><br>#### 7.11.2.3. Recursive intra prediction process<br>The inputs to this process are:<br><br>• a variable w specifying the width of the region to be predicted,<br><br>• a variable h specifying the height of the region to be predicted.<br><br>The output of this process is a 2D array named pred containing the intra predicted samples.<br><br>For each block of 4x2 samples, this process first prepares an array p of 7 neighboring samples, and then produces the output block by filtering this array.<br><br>The variable w4 is set equal to w >> 2.<br><br>The variable h2 is set equal to h >> 1.<br><br>The following steps apply for i2 = 0..h2-1, for j4 = 0..w4-1:<br><br>• The array p is derived as follows for i = 0..6:<br><br>◦ If i is less than 5, p[ i ] is derived as follows:<br><br>▪ If i2 is equal to 0, p[ i ] is set equal to AboveRow[ ( j4 << 2 ) + i - 1 ].<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |

| Claim | Identification |
|---|---|
| 1[**d**] determining at least some of the predicted pixels based on the prediction function and the template with one or more of the neighboring reference samples as inputs to the prediction function, and | The Accused Products determine at least some of the predicted pixels based on the prediction function and the template with one or more of the neighboring reference samples as inputs to the prediction function. For example, predicted pixels are based on the prediction function and pixel values drawn from AboveRow[ ] and LeftCol[ ] which are neighboring reference pixels. *See, for example*:<br><br>**7.11.2.3. Recursive intra prediction process**<br><br>The inputs to this process are:<br><br>  • a variable w specifying the width of the region to be predicted,<br><br>  • a variable h specifying the height of the region to be predicted.<br><br>The output of this process is a 2D array named pred containing the intra predicted samples.<br><br>For each block of 4x2 samples, this process first prepares an array p of 7 neighboring samples, and then produces the output block by filtering this array.<br><br>The variable w4 is set equal to w >> 2.<br><br>The variable h2 is set equal to h >> 1.<br><br>The following steps apply for i2 = 0..h2-1, for j4 = 0..w4-1:<br><br>  • The array p is derived as follows for i = 0..6:<br><br>    ◦ If i is less than 5, p[ i ] is derived as follows:<br><br>      ▪ If i2 is equal to 0, p[ i ] is set equal to AboveRow[ ( j4 << 2 ) + i - 1 ].<br><br>      ▪ Otherwise, if j4 is equal to 0 and i is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) - 1 ].<br><br>      ▪ Otherwise, p[ i ] is set equal to pred[ ( i2 << 1 ) - 1 ][ ( j4 << 2 ) + i - 1 ].<br><br>    ◦ Otherwise (i is greater than or equal to 5), p[ i ] is derived as follows:<br><br>      ▪ If j4 is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) + i - 5 ].<br><br>      ▪ Otherwise (j4 is not equal to 0), p[ i ] is set equal to pred[ ( i2 << 1 ) + i - 5 ][ ( j4 << 2 ) - 1 ].<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |

| Claim | Identification |
|---|---|
| 1[e] determining at least some other of the predicted pixels based on the prediction function and the template with the at least some of the predicted pixels as inputs; | The Accused Products determine at least some other of the predicted pixels based on the prediction function and the template with the at least some of the predicted pixels as inputs. *See, for example*:<br><br>**7.11.2.3. Recursive intra prediction process**<br><br>The inputs to this process are:<br><br>• a variable w specifying the width of the region to be predicted,<br><br>• a variable h specifying the height of the region to be predicted.<br><br>The output of this process is a 2D array named pred containing the intra predicted samples.<br><br>For each block of 4x2 samples, this process first prepares an array p of 7 neighboring samples, and then produces the output block by filtering this array.<br><br>The variable w4 is set equal to w >> 2.<br><br>The variable h2 is set equal to h >> 1.<br><br>The following steps apply for i2 = 0..h2-1, for j4 = 0..w4-1:<br><br>• The array p is derived as follows for i = 0..6:<br><br>  ◦ If i is less than 5, p[ i ] is derived as follows:<br><br>    ▪ If i2 is equal to 0, p[ i ] is set equal to AboveRow[ ( j4 << 2 ) + i - 1 ].<br><br>    ▪ Otherwise, if j4 is equal to 0 and i is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) - 1 ].<br><br>    ▪ Otherwise, p[ i ] is set equal to pred[ ( i2 << 1 ) - 1 ][ ( j4 << 2 ) + i - 1 ].<br><br>  ◦ Otherwise (i is greater than or equal to 5), p[ i ] is derived as follows:<br><br>    ▪ If j4 is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) + i - 5 ].<br><br>    ▪ Otherwise (j4 is not equal to 0), p[ i ] is set equal to pred[ ( i2 << 1 ) + i - 5 ][ ( j4 << 2 ) - 1 ].<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |

| Claim | Identification |
|---|---|
| 1[**f**] decoding residual data to create a reconstructed residual block for the current block; and<br><br>1[**g**] reconstructing the current block as the sum of the predicted block and the reconstructed residual block. | The Accused Products decode residual data to create a reconstructed residual block for the current block and reconstruct the current block as the sum of the predicted block and the reconstructed residual block. *See, for example*:<br><br>**7.13.3. 2D inverse transform process**<br>This process performs a 2D inverse transform for an array of coefficients stored in the 2D array Dequant. The output is placed in the 2D array Residual.<br><br>**7.12.3. Reconstruct process**<br>The reconstruct process is invoked to perform dequantization, inverse transform and reconstruction. This process is triggered at a point defined by a function call to reconstruct in the transform block syntax table described in section 5.11.35.<br><br>The inputs to this process are:<br><br>  • a variable plane specifying which plane is being reconstructed,<br><br>  • variables x and y specifying the location of the top left sample in the CurrFrame[ plane ] array of the current transform block,<br><br>  • a variable txSz, specifying the size of the transform block.<br><br>The outputs of this process are reconstructed samples in the current frame CurrFrame.<br><br>3.  For i = 0..(h-1), for j = 0..(w-1), the following applies:<br><br>   ◦ The variable xx is set equal to flipLR ? ( w - j - 1 ) : j.<br><br>   ◦ The variable yy is set equal to flipUD ? ( h - i - 1 ) : i.<br><br>   ◦ CurrFrame[ plane ][ y + yy ][ x + xx ] is set equal to Clip1( CurrFrame[ plane ][ y + yy ][ x + xx ] + Residual[ i ][ j ] ).<br><br>**7.11.2. Intra prediction process**<br>**7.11.2.1. General**<br><br>The current frame is updated as follows:<br><br>  • CurrFrame[ plane ][ y + i ][ x + j ] is set equal to pred[ i ][ j ] for i = 0..h-1 and j = 0..w-1.<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |