**Exhibit H: U.S. Patent No. 8,347,025**

**Claim 12**

| Claim | Identification |
|---|---|
| 12[**pre**] A method, comprising: | To the extent the preamble is limiting, the Accused Products perform a method as claimed. *See, for example:*<br><br>For example, the Accused Products perform a method of write-protecting a portion of a memory based on a predetermined signature in boot code. The Accused Products with an Android/Google operating system use a Verified Boot method.<br><br>**Background**<br><br>Android 4.4 added support for Verified Boot and the dm-verity kernel feature. This combination of verifying features served as Verified Boot 1.<br><br>Where previous versions of Android warned users about device corruption, but still allowed them to boot their devices, Android 7.0 started strictly enforcing Verified Boot to prevent compromised devices from booting. Android 7.0 also added support for forward error correction to improve reliability against non-malicious data corruption.<br><br>Android 8.0 and higher includes Android Verified Boot (AVB), a reference implementation of Verified Boot that works with Project Treble. In addition to working with Treble, AVB standardized partition footer format and added rollback protection features.<br><br>https://source.android.com/docs/security/features/verifiedboot<br><br>**Verifying Boot**<br><br>Verified boot requires cryptographically verifying all executable code and data that is part of the Android version being booted before it is used. This includes the kernel (loaded from the `boot` partition), the device tree (loaded from the `dtbo` partition), `system` partition, `vendor` partition, and so on.<br><br>Small partitions, such as `boot` and `dtbo`, that are read only once are typically verified by loading the entire contents into memory and then calculating its hash. This calculated hash value is then compared to the *expected hash value*. If the value doesn't match, Android won't load. For more details, see Boot Flow.<br><br>https://source.android.com/docs/security/features/verifiedboot/verified-boot<br><br>MODEL 65Q750G<br>TCL 65" Q CLASS 4K QLED HDR SMART TV WITH GOOGLE TV - 65Q750G<br>$1,099.99<br>WHERE TO BUY    ADD TO CART<br>★★★★★ 4.8 (77)  Write a review |

Page 1 of 4

| Claim | Identification |
|---|---|
| | https://www.reddit.com/r/tcltvs/comments/18mucnt/q7_error_your_device_has_failed_verification/ |
| 12[a] reading boot code from a first memory component for execution by a processor; | The Accused Products read boot code from a first memory component for execution by a processor. *See, for example:*<br><br>For example, the Android Bootloader reads boot partitions according to the verified boot flow from the memory on the device.<br><br> |

| Claim | Identification |
|---|---|
| |  |
| 12[b] scanning the boot code for a predetermined signature; | The Accused Products scan the boot code for a predetermined signature. *See, for example:*<br><br>For example, the Accused Products scan memory partitions for cryptographic signature such as the AVB signature. |
| 12[c] if the predetermined signature is found, write-protecting at least a portion of the first memory component. | The Accused Products write-protect at least a portion of the first memory component if the predetermined signature is found. *See, for example:*<br><br>For example, the Accused Products load the kernel and assign a memory space (*e.g.*, protected kernel region) if the cryptographic signature has been verified by the bootloader. The kernel region is unavailable to other applications. |

| Claim | Identification |
|-------|----------------|
|       | https://source.android.com/docs/core/architecture/dto/implement <br><br> Manufacturers use that key to verify the signature on the first-level bootloader, which in turn verifies the signature on subsequent levels, the application bootloader and eventually the kernel. Each manufacturer wishing to take advantage of verified boot should have a method for verifying the integrity of the kernel. Assuming the kernel has been verified, the kernel can look at a block device and verify it as it is mounted. <br><br> https://source.android.com/docs/security/features/verifiedboot/dm-verity <br><br> The bootloader ensures that trusted and verified code is executed during device startup. The kernel detects any unauthorized modification on the partitions by using the signatures and public keys. This verification leads to a comprehensive chain of trust during the boot sequence and thus prevents compromising activities. This reduces the attack surface on the OS level by preventing common vectors for malware and rootkits. <br><br> https://emteria.com/blog/android-verified-boot <br><br> A kernel has its own protected kernel Region, which is a separate memory space that is unavailable to other applications. As a result, the kernel's code is loaded into the kernel space, which is secure. User space also refers to the RAM used by other programs. Communication is a little slower between them since they are two separate memory regions. <br><br> https://emteria.com/learn/linux-kernel |